IN RE FRED CHURCH.

November Term, 1929.

Present: WATSON, C. J., POWERS, SLACK, MOULTON, and WILLCOX, JJ.

Opinion filed January 14, 1930.

*Gelsie Monti* for the petitioner.

*Cornelius O. Granai,* State's attorney, for the State.

POWERS, J.    This case is like *In re Dewar, ante* 102 Vt. 340, and for the reasons stated in that case, the petitioner herein is unlawfully restrained and is *discharged.*